UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

UNITED STATES OF AMERICA,

    - v. -

ROBERT FAIELLA,
    a/k/a "BTCKing," and
CHARLIE SHREM,

        Defendant.

----------------------------------------------------X

ECF Case
14 Cr. 243 (JSR)

## [~~PROPOSED~~] CONSENT TRANSPORTATION ORDER

Upon the application of Robert Faiella, by his attorney of record, Timothy J. Treanor, Esq., Sidley Austin LLP, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice; it is hereby

**ORDERED** that the United States Marshals Service furnish Robert Faiella with funds to cover the cost of roundtrip non-stop airfare and ground transportation between Fort Meyers, Florida, and New York, New York, in order to meet with his attorneys and attend his scheduled court appearance, arriving in New York on September 3, 2014, and returning to Fort Meyers, Florida on September 5, 2014; and it is further

**ORDERED** that the United States Marshals Service provide any other means of subsistence that Robert Faiella is entitled to, including reasonable lodging accommodations and reasonable funds for meals during his stay in New York.

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York
      August 29, 2014

**SO ORDERED:**

_____
THE HONORABLE JED S. RAKOFF
United States District Judge