BRAFMAN & ASSOCIATES, P.C.
ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.



December 23, 2014



VIA EMAIL
Honorable Jed S. Rakoff
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re. United States v. Charlie Shrem,
14 CR 243 (JSR)

Dear Judge Rakoff:

This letter reflects a joint telephone call held earlier today between this Court's chambers, AUSA Serrin Turner, and the undersigned counsel, on behalf of Charlie Shrem, addressing counsel's application that this Court modify Mr. Shrem's travel conditions to allow Mr. Shrem to travel to York, Pennsylvania, from Wednesday, December 24, 2014, until Friday, December 26, 2014. In advance of his trip, Mr. Shrem will provide Pretrial Services with his travel plans and the exact location where he will be staying in York, Pennsylvania.

Counsel hereby requests, with the consent of the Government and Pretrial Services, that this Court grant defendant's application.

I thank the Court and the Government for their time and attention.

Respectfully submitted,

Jacob Kaplan, Esq.

cc: AUSA Serrin Turner (via email)
Pretrial Officer Dennis Khilkevich (via email)

SO ORDERED

USDJ
12-24-14