# EXHIBIT A

Robert M. Faiella

Brief History Of Major Events Leading Up To This Day Of My Sentencing

| | |
|---|---|
| 1982 | I Graduated from College.  The economy was bad and jobs were scarce in my field of Architectural Engineering. |
| 1983 | After working with my father, a licensed plumber, since I was a kid, I decided to give plumbing a try as my father was no longer doing plumbing, he had gone into building houses. |
| 1988 | I was now a licensed plumber, in business for myself and very successful up to this point as the economy was declining again. |
| 1989 | Construction was very slow and my father was not selling the houses he was building.  The economy continued to decline. |
| 1990 | The economy hit a low.  There was very little plumbing work available.  Construction was moving very slowly.  My father lost his building business.  I filed for bankruptcy. |
| 1991 | The economy was on a recovery for me but my father who had lost his building business to the bank was struggling to make ends meet.  At this point, I decided to offer help to my parents and they accepted.  I was giving them $5,000 - $6,000 a month for their mortgage payment and living expenses. |
| 1995 | I was working extremely hard as I was continuing to support my parents and trying to develop some kind of life for myself.  The results of working so hard were taking a toll on my health.  I had ruptured 5 back spinal discs by now which proved to be the beginning of the end for my health. |
| 1997 | After supporting my parents for all these years of approximately $500,000 it became evident that I needed to do something as I could not continue to pay them and work so hard without it continuing to take a toll on me emotionally as well as physically.  I decided to purchase a 16 unit apartment building of which my father would manage and keep the monthly proceeds for his living expenses.  I took over the mortgage payments on his house and we lived together.  There was no equity in the house which was now mine. |
| 1999 | I was once again very successful, I was about to get married and also become a father.  My parents continued to live with me.  My parents were living well with the rental income from the apartment building that I had bought.  Their expenses were minimal, they were living under my roof.  I continued to pay my father's overdue credit cards at times as much as $30,000.  I decided that I would add-on and completely renovate the house so my parents would have their part of the house and I and my new family would have our part.  For the most part it was two houses in one.  The house was big, beautiful and waterfront with all the perks that came with it.  I gave my parents a great worry free life.  About this time the IRS |

came knocking and began their audit which lasted an exhausting 4 years. At this point my health was not good. I would suffer much at the end of the day and knew my mobility was getting worse. I was on medication to minimize my pain but I had enormous stress and responsibilities and knew that many were depending on me.

2004     I continued to work as hard as I could plumbing. I was still under physician's care for my deteriorating back condition and much stress. I continued to pay my debts and keep my parents happy and at the same time make sure my family was provided for. That year, I was charged with under reporting income taxes. I pled guilty and received 1 year home incarceration followed by 2 years probation.

2005     By this time my health was at an all time low. I could no longer work. I could no longer put pressure to my back by standing or even sitting for long periods of time. The emotional and financial results of the IRS audit and conviction were great and I could no longer be so generous to my parents. I was still providing them their section of my house but could not afford them other luxuries, which was not enough for them. My parents were not happy, unbeknownst to me my parents tried to sell my apartment building right out from under me. They were going to keep the equity in it of approximately $1 million and leave my house. I had to stop them and did legally. This was the one most devastating incident of my whole life and to this day I still don't think I am over it or will even ever get over it. I could no longer do plumbing, I applied for Social Security Disability {SSDI} and was denied. SSDI thought that I was capable of doing one of three jobs... 1] a clocker  2] a case aide... 3] a psychic reader  however I knew that I could not work period.

2007     At this point I and my family were living in a rental off of borrowed money, I was on probation. I sold my house. My parents were now on their own. I lost my apartment building to foreclosure as the economy affected real estate badly at this time. I owed the IRS $175,000 after interest and penalties. I decided to move to Florida to see if the warm weather would help my back condition so I could do any type of work.

2008     I and my family arrived in Florida. It took some time but I managed to get my plumbers license and tried to work as a plumber in the warm climate assuming that it would benefit my disabling back condition. Unfortunately it did not help. I was unable to do plumbing and my wife was unable to work as she was suffering from an extreme anxiety/depression disorder.

2009     I continued to live off of borrowed money from my in-laws and friends. I tried other vocations to see if I could work in any form. I tried handyman work and could not do it. I and my wife thought we should try something together as we could lean on each other. We bought a kitchen trailer and tried to sell fresh made Italian food. That venture proved to be successful although physically too much for both of us and we sold it after 1 month.

| | |
|---|---|
| 2010 | Around this time it was perfectly clear that I could not work in any capacity.  I continued to borrow money which was now at an end as I had used up any available funds.  I spent most of the day lying on my bed so as to keep any pressure off my spine which would increase the pain.  At times I could stay upright between one to two hours a day and then I would have to relieve the pressure from my spine.  I even passed out once as a result of being upright for a considerable amount of time and ended up in the hospital overnight.  For years now I was under physician's care for my back condition.  I had tried several procedures such as a Spinal Epidural Back Injection, 6 Facet Joint Injections, physical therapy, neurologist's opinion, orthopedist's opinion, pain management care, but to little success.  I applied again for SSDI with the thought that it would be totally obvious that I did indeed qualify.  My representing attorney submitted all my conclusive medical records and MRI evidence, but surprising to me, I was denied.  I knew that I now had to do something to get an income.  I could not work let alone be upright for any long period of time and my wife was incapable to work either as her anxiety, depression condition had now also developed an ulcer from all the stress and she was getting worse. |
| 2011 | I knew that if I did not do something to earn some money, as SSDI was a continual never ending denial and appeals process, that I and my family were the next step to being homeless.  One of my biggest concerns was that my son was an advanced student and we wanted him to continue to get the advanced education that he was receiving.  We were getting government assistance wherever we could but it was not enough.  From my bed I surfed the web everywhere I needed to find an opportunity.  I could not search longer than an hour or so a day as my disability would restrict any longer by causing severe neck/back pain.  At this time I was diagnosed with severe upper back arthritis, mid back several bulging discs, lower back compressed discs to a point that the vertebrate bone is rubbing against another vertebrate in places, several areas in my spinal canal with stenosis[which is the bulge of a disc that infringes on the nerves that run the distance of the spinal canal causing nerve damage and constant pain], muscle atrophy[common to a back condition as the muscles are trying to compensate for the spinal degeneration which in turn causes severe pain to the muscles as well as the nerves].  I also suffer from ringing in the ears which is common from upper spine damage.  After much online investigation I knew that there was a need for bitcoin made easily accessible.  Bitcoin was trading around $1 and was not as well known as today, it was in its infancy.  It was the new thing and many including me were somewhat confused with any requirements to be a trader/seller at that time.  I began to sell bitcoin on a website that sold different things, some legal but mainly illegal items.  I knew that it would be bought by individuals for investment but mainly bought by others purchasing illegal items[drugs] regardless of what my home page read: "PLEASE NOTE: By trading with us, you agree that all BTC trades are for Investment purposes only and will not be used for any other purpose and this site only serves as a vehicle for your trade."  Morally I was having major issues with it but I needed to make money for my family and I saw no other way and chose to do it at that time.  I did not make much, enough to cover my rent and any miscellaneous bills for my family.  I did this from my bed approximately an hour |

|  |  |
|---|---|
|  | or two a day as that was the most I was physically able to do. I was hoping that SSDI would finally pay out but it was one disappointment after another. I continued to sell bitcoin which continued to add to the deterioration of my back condition. It became evident to me after I was selling bitcoin for sometime that when MtGox [the foremost Bitcoin Exchange located in Japan] after 3 years in operation had their US funds seized by federal authorities for being an unlicensed Money Transfer Business, that bitcoin and anything associated with it was now under the microscope of the authorities and I was not sure how they would view my bitcoin trading. I know and accept the absolute full responsibility of what I have done. It was not done out of malice. It was not done out of greed. It was nonetheless done out of despair and I will face the consequences. |
| 1/1/2015 | Today, the relationship with my parents is best described as "cautiously optimistic" but I try to keep a good outlook for the benefit of my children. I see a pain management doctor monthly who prescribes several [5] pain meds, some of which are narcotics, which help. I also see a neurologist who tells me there is not much that can be done short of surgery with no promises, with a possibility of worsening my condition, so I opt to not go in that direction at this time. I see a chiropractor regularly who gives me a spinal manipulation. I also get a spinal decompression from the chiropractor which is a machine that stretches the spine to reduce the painful affects of bulging discs. I seek physical therapy at times when I feel the chiropractor is not helping and they treat the muscles where as the chiropractor treats the bones. I have been given permission by pre trial to continue to go in the pool as much as possible as that helps alleviate the weight from my spine recommended by my neurologist. I regularly use electric shock treatment [TENS] to my back muscles which helps with the muscular atrophy. I still spend the majority of my day on my bed. I require a special orthopedic mattress which optimizes the benefits of less weight to my spine. My wife is a tremendous help to me for many daily activities that are taken for granted, done by her as I cannot without increasing pain and risking set backs to the therapies that I do. I can get two to three hours [on a good day] on my feet and anything more than that I risk my legs giving out on me. I and my family have recently moved from living in my mother in law's 40 year old "snow bird" mobile home in Fort Myers, FL which cost us no rent. We were asked to move by the association because they do not allow children to reside in their 55 plus community. We now have a small apartment also in Fort Myers, FL with the bare minimum of furnishings. My wife struggles with her anxiety, depression and ulcer health issues to pay the rent and bills with a waitress job. She also struggles to drive our 14 year old son the 25 miles to the high school that he attends that has the advanced IB program that he accomplishes very well. I have been allowed to pick him up in the afternoon on most days that my disability allows which proves to be a big help to my ailing wife so she can work. I am not sure if she can continue this course of action as I know it is taking a big toll on her, she is quite a woman. I also do what I can for my son while my wife is at work. Just the fact that we share the time together is emotionally gratifying to my son as we do not have any family living here in Florida [other than my troubled step-daughter] and the three of us are extremely tight knit because of it. Our only other option is to |

move back to Massachusetts with my mother in law and take residence in her small unfinished basement.  My wife and I are doing everything in our power to avoid this.  Should that be the case, the biggest loss of all would be that our son would not have the opportunity to continue with his advanced education program that is offered to him here in the outstanding schools in Florida.  Recently, he was invited to attend South Western College as a high school student where he will be amongst only 2% of the high school population in Lee County FL that received an invite to this elite program.  We only hope and pray that we can stay together as a family and he will be able to take advantage of this offer.  The fight to receive Social Security Disability income continues for me and my family after many years.  We hope benefits will be granted soon as it would be of immense financial help for our staying in Florida and continuing our son's exceptional education.  We seem to always find our way as a family, always depending on each other has proven to be our success up to this point.  Since my arrest and after discussing it with my family, I have looked at my wrongdoing and I have not requested any leniency/freedom from the conditions of my pre-trial release and I have self-imposed  home detention for the past year.  I hope that your Honor in some way sees my sincerity and good will.  Thank you for your time and I respectfully await your sentencing decision.