# EXHIBIT B

Sunday, January, 11, 2015

To:  Honorable Judge Rakoff,

Re: Mr. Robert M. Faiella

Hello Mr. Honorable Judge, I strongly feel there are many things you should know before deciding your sentence for my loving husband, Robert Faiella.  He is a very loyal, honest, family oriented, loving husband and father.  Bobby (Robert Faiella) had his own very successful Plumbing & Heating business for over three decades until his health restrictions made it impossible to continue.  He supported his parents from the early age of twenty, and always carried the weight and stress of all the bills on his own shoulders to give his parents a care free, happy life.

What I believe has not been properly addressed,  is that my husband exhausted all avenues of available research on the legalities before starting up the Bitcoin Trading Company.  I also searched and read all FINCEN's rules and regulations to be sure Bobby's new endeavor was legal and safe.  Nothing is more important to us than our children and keeping our family together.  After having a very long discouraging encounter with the IRS earlier in our lives, I myself questioned Bobby on the legalities of Bitcoin.  I made it perfectly clear, I did not want to go through or drag our kids through another situation even close to that prior IRS incident.  Bobby completely agreed and even went to the extent of copy & paste the FINCEN regulations at that time, and felt that "peer to peer" he did not need a license.

  My point is:
Many court appearances, conference calls, etc.  Bobby's own words have been used against him.  Please allow me to clarify.  The Prosecutor, Attorney's, and even yourself have all addressed the conversation with a so called "Pirate" with him approaching Bobby to open up a Bitcoin Exchange with many transactions at the same time ~ the opposite of what my husband was doing, as a trader peer to peer.  Bobby turned down the request and told this "person" the laws, rules, and regulations of having an Exchange, and told him "he's a family man just trying to survive, not looking for trouble."  Bobby truly believed he was a legal "Bitcoin Trader".  Bobby and I both understand he is not innocent.  He was haunted by his conscience knowing that yes, of course, some people may/or are infact using the Bitcoin for illegal purchases.  We are also now aware that FINCEN changed their guidelines, rules & regulations sometime after Bobby started "trading" and he is guilty for being unaware of these changes. He has much remorse for his mistakes, as well as myself.
My husband has been under "STRICT home detention" for a year.  I am well aware his co defendant was not and had permission for much freedom daily.  I am hoping this year can be taken into consideration as "time served" for my husband.  I also want to include that during the time Bobby was working with Mr. Shrem, he was aware how educated with Bitcoin Mr. Shrem was and took Shrem's instructions trusting that it was all legal since at that time, BitInstant was a legal company.  This point is neither here nor there as both defendants took the same deal, but I also strongly feel each individual in every situation do things for different reasons such as, greed,

evil, despair, etc.  My husband did it out of need and being desperate to support his family, while fighting for his Social Security Disability.  If anything, I feel he should be punished differently due to his own personal situation.

My husband is my whole world, as well as for our children.  We have both struggled to keep our prodigy son Michael in his IB program at his current school.  Our son will also be attending a collegiate high school that only 2% of the county get invited upon their GPA.  Michael relies on his father very much so.  He looks to his father for guidance and help with homework.  I hate to think of how this outcome is going to affect our son.  Bobby helps me keep our daughter, Brianna on the right path as she respects and loves him deeply.  For me, he is my lifeline, my best friend, my soul mate.  We have stood by each other through too many tragedies, and over the years, I have had to lean on him much more.  I have been diagnosed with severe anxiety, depression (from the loss of my father), panic attacks, PTSD, and a peptic ulcer.  With Bobby's disabilities, he is not able to help me with much, but what he does is a lot to me.  Sometimes with my anxiety and panic attacks, him just being there with me is all the support I need.  I have been struggling and pushing through trying to support this family and every day I work on my health issues.  I feel losing my husband to a prison sentence would result in my whole world crashing down.  I would be back at square one with my attacks, my children would be devastated, and I am not sure if I would be strong enough to pick up the pieces.

I know it is your job as an Honorable Judge to decide what type of punishment you feel Bobby deserves.  I will respect any decision that you make, as I have done much research on you and know in my heart that you are fair.  Please consider for my own sake, my children, as well as my husband's health, I respectfully request that you give him as much time as you see fit, but only under home confinement.  I hope you can understand how imperative this is for my family and my children's futures.  Thank you for your time,

Respectfully,

Mrs. Suzanne Faiella