# EXHIBIT C

January 1, 2015

Dear Judge:

My name is Kristina Descoteaux and I am Bobby's sister-in-law.  I have known Bobby for over 15 years and hope that by reading my letter you will identify with the man he is rather than whom he is being portrayed as throughout these court proceedings.  Bobby is a caring, loving father and husband.  He comes from a large Italian family and is always the first to offer assistance when his family needs it.  Family comes first with him; it is the foundation upon which he built his life.

I recall the first time that I met Bobby.  He was babysitting his daughter so my sister could pick me up at the airport.  I came in the house to see his nails painted pink.  My niece was thrilled and he kept that polish on for the whole week because it made her happy.  From my first meeting until today, I can recount similar stories and the end result is always the same – Bobby going above and beyond to make his family happy.

Sunday dinners are a tradition in the Faiella house.  It is a time to share together by cooking, eating and having a fun time.  The day starts with making a homemade sauce and meatballs.  Bobby will make his signature dressing for the salad.  Everyone sits down to eat and talks about what's going on.  This is Bobby's favorite time of the week.

Bobby would not intentionally do something that would jeopardize him being with his family.  He is an integral part of his children's lives.  As they develop into young adults, they need and look to him for guidance.  I pray that you can show some leniency and understand he made a mistake.  He ventured into unknown territory under the assumption that he was following the applicable laws.  He was ignorant of some of the rules and regulations and ended up in this unfortunate situation.  He is remorseful and willing to take responsibility for his actions.

I knew nothing about Bitcoins before Bobby was arrested.  Since then, I have done a lot of reading on the internet and discovered that there is a lot of uncertainty on how to treat the new phenomenon.  Cases on point are waiting to be decided by the court.  I can envision the average person making the same mistake as Bobby since there are no rules and regulations specifically for Bitcoins.  Should it be treated as currency or not.  There are fundamental questions that should be answered before determining whether or not one's actions are criminal.  Due to the ambiguity surrounding Bitcoins, I respectfully request that you consider the plausibility of a good family man making a mistake and permit Bobby to serve his sentence under house arrest.

Thank you for your time and consideration.

Sincerely,

Kristina Descoteaux