


## fund

**Popularity**

30 ENTRIES FOUND:

- fund
- fund-raiser
- fund-raising

Sponsored Links                              Advertise Here

**NVLX - Emerging Biotech**
Get a Free Investment Guide about OTCBB: NVLX
bestofbiotech.com

¹**fund**   noun   \'fənd\

: an amount of money that is used for a special purpose

**funds** : available money

: an amount of something that is available for use : a supply of something

### Full Definition of FUND

**1**  **a** :  a sum of money or other resources whose principal or interest is set apart for a specific objective

**b** :  money on deposit on which checks or drafts can be drawn —usually used in plural

**c** : CAPITAL

**d** *plural* :  the stock of the British national debt —usually used with *the*

**2** :  an available quantity of material or intangible resources : SUPPLY

**3** *plural* :  available pecuniary resources

**4** :  an organization administering a special fund

See *fund* defined for English-language learners »
See *fund* defined for kids »

### Examples of FUND

- The *fund* was established to aid the poor.
- All her *funds* were in a checking account.
- His *funds* were getting lower as he continued to look for a job.
- The comedian had a large *fund* of jokes.

### Origin of FUND


Name That Thing
Take our visual vocabulary quiz
Test Your Knowledge »


True or False?
A quick quiz about stuff worth knowing
Take It Now »


Spell It
The commonly misspelled words quiz
Hear It, Spell It »

TOP 10 LISTS


Big Words on Campus
Words that spike in lookups when students return to school


"A Kiss is a Lovely Trick," & More
Favorite Quotations About Words, Vol. 1

Cited in Stroud v Comm'r of SSA 14cr243 Decided 8/18/14
Archived on 8/25/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

Latin *fundus* bottom, country estate — more at BOTTOM

First Known Use: 1694

**Related to FUND**

Synonyms

account, budget, deposit, kitty, nest egg, pool

[+] more

**Other Economics Terms**

actuary, compound interest, globalization, indemnity, portfolio, rentier, stagflation, usurer

**Rhymes with FUND**

bund, gunned

## ²fund *verb*

: to provide money for (something)

**Full Definition of FUND**

*transitive verb*

1  a :  to make provision of resources for discharging the interest or principal of

   b :  to provide funds for <a *federally funded* program>

2  :  to place in a fund :  ACCUMULATE

3  :  to convert into a debt that is payable either at a distant date or at no definite date and that bears a fixed interest <*fund* a floating debt>

— fund·er  *noun*

 See fund defined for English-language learners »

**Examples of FUND**

- The group *funded* three new scholarships.
- Who *funds* the company pension plan?

**First Known Use of FUND**

1789

**Related to FUND**

Synonyms

finance, endow, subsidize

Antonyms

defund, disendow

[+] more

**Other Economics Terms**

actuary, compound interest, globalization, indemnity, portfolio, rentier, stagflation, usurer

STAY CONNECTED

Get Our Free Apps
Voice Search, Favorites,
Word of the Day, and More
iPhone | iPad | Android | More

Join Us on FB & Twitter
Get the Word of the Day and More
Facebook | Twitter




Test Your Vocabulary
Take Our 10-Question Quiz

Cited in Stroud v Comm'r of SSA 14cr243 Decided 8/18/14
Archived on 8/25/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

³**fund** *abbreviation*

**Definition of FUND**

fundamental

**Learn More About FUND**

- Thesaurus: All synonyms and antonyms for "fund"
- Spanish Central Translation: "fund" in Spanish

**Browse**

- Next Word in the Dictionary: fundament
- Previous Word in the Dictionary: functus officio
- All Words Near: fund

**❝ Seen & Heard ❞**

What made you want to look up *fund*? Please tell us where you read or heard it (including the quote, if possible).

View Seen & Heard highlights from around the site »

Merriam-Webster on Facebook

Cited in Stroud v Comm'r of SSA
14cr243 Decided 8/18/14
Archived on 8/25/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

### The Merriam-Webster Unabridged Dictionary



Online access to a legendary resource
Log In or Sign Up »

### Learning English? We can help.



Visit our free site designed especially for learners and teachers of English
LearnersDictionary.com »

### Our Dictionary, On Your Devices



Merriam-Webster, *With Voice Search*
Get the Free Apps! »

### The Official SCRABBLE® Players Dictionary



5,000 new words added to the Fifth Edition including BROMANCE, MOJITO, and GEOCACHE!
Learn More »

**Join Us**

 Merriam-Webster on Twitter »

 Merriam-Webster on Facebook »

**Bookstore: Digital and Print**

Merriam-Webster references for Mobile, Kindle, print, and more. See all »

**Other Merriam-Webster Dictionaries**

Webster's Unabridged Dictionary »       Learner's ESL Dictionary »
WordCentral for Kids »                   Visual Dictionary »
Spanish Central »

---

**Home**   **Help**   **About Us**   **Shop**   **Advertising Info**   **Dictionary API**                Browse the Dictionary

Privacy Policy   About Our Ads   Contact Us   Browser Tools                                             Browse the Thesaurus

© 2014 Merriam-Webster, Incorporated                                                                    Browse the Spanish-English Dictionary
                                                                                                        Browse the Medical Dictionary
                                                                                                        Browse the Concise Encyclopedia